**SOUTHWEST CABLE PLOW, INC., Plaintiff/Appellant,**

v.

**CONTINENTAL TELEPHONE COMPANY, Defendant/Respondent.**

**No. 60705.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 4, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 16, 1992.

Application to Transfer Denied
Oct. 27, 1992.

Richard E. Schwartz, James E. Parrot, St. Louis, for plaintiff, appellant.

Rollin J. Moerschel, Victor Scott Williams, St. Charles, for defendant, respondent.

PER CURIAM.

Plaintiff appeals from the trial court's order dismissing its petition for failure to prosecute. Plaintiff claims the trial court abused its discretion in ordering the dismissal of the nearly 12–year–old petition.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).